No. 79–1159. POOL, ADMINISTRATOR v. DOWNTOWN NURSING HOME, INC. Sup. Ct. Ala. Certiorari denied.

No. 79–1160. VALERON CORP. v. GENERAL ELECTRIC CO. C. A. 6th Cir. Certiorari denied.

No. 79–1174. MARC RICH & CO., A. G. v. TRANSMARINE SEAWAYS CORP. OF MONROVIA. C. A. 2d Cir. Certiorari denied.

No. 79–1185. AMBROSIANI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 79–1191. BORCHERDING ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–1208. LONG v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1211. FRINK v. UNITED STATES NAVY PERA (CRUDES) ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–1218. McCARTY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–1219. SIMS, TRUSTEE, ET AL. v. MACK TRUCKS, INC. C. A. 3d Cir. Certiorari denied.

No. 79–1223. KIRVEN v. COMMITTEE ON CHARACTER AND FITNESS OF THE SOUTH CAROLINA SUPREME COURT. Sup. Ct. S. C. Certiorari denied.

No. 79–1275. ORTIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.